# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| RYAN ALLAN GLIDEWELL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00371-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTH CAROLINA; | ) | |
| DEPARTMENT OF SOCIAL SERVICES, | ) | |
| Buncombe County; TONI ALLEYNE, | ) | |
| DSS Social Worker, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 17, 2016 Order.

November 17, 2016

_____
Frank G. Johns, Clerk
United States District Court